**IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
JACKSON DIVISION**

**TERRY S. PRIDEAUX**                                                                                  **PLAINTIFF**

**VS.**                                                                   **CIVIL ACTION NO.3:08CV42 TSL-JCS**

**TYSON FOODS, INC.**                                                                                  **DEFENDANT**

## FINAL JUDGMENT

This cause was before the court and following presentation of the plaintiff's and

defendant's respective cases, and after having been instructed as to the applicable law,

the jury returned a unanimous verdict in favor of defendant Tyson Foods, Inc. as to the

claim asserted by plaintiff Terry S. Prideaux.

IT IS THEREFORE, ORDERED AND ADJUDGED that the complaint of plaintiff

Terry S. Prideaux is hereby dismissed with prejudice.  Judgment is hereby rendered in

favor of defendant Tyson Foods, Inc.

SO ORDERED this 19th day of May, 2009.


                                        /s/Tom S. Lee_____
                                        UNITED STATES DISTRICT JUDGE